■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORNELIU GEORGESCU, Appellant. [602 NYS2d 128] —Judgment, Supreme Court, New York County (Michael Corriero, J.), rendered December 18, 1991, convicting defendant, after a jury trial, of assault in the first degree, and sentencing him to a term of 1½ to 4½ years, unanimously affirmed.

Viewing the evidence in the light most favorable to the People and giving them the benefit of every reasonable inference, the People's evidence clearly established defendant's guilt beyond a reasonable doubt, and was not incredible as a matter of law. The court did not abuse its discretion in permitting the People to recall a witness so that she could be re-examined with the assistance of an interpreter. The order of the presentation of the evidence at trial, including the decision to permit a party to recall a witness who has finished testifying, are matters generally resting within the sound discretion of the trial court (*Feldsberg v Nitschke*, 49 NY2d 636, 643-644). We have considered defendant's remaining contention that he was deprived of a fair trial by the prosecutor's summation and find it to be without merit. Concur—Murphy, P. J., Ellerin, Wallach, Kassal and Nardelli, JJ.